IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM J. MODIC, | : | |
| | : | Case No. 5:18CV02512 |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge John R. Adams |
| | : | |
| DIVERSIFIED CONSULTANTS, INC., | : | |
| | : | **ORDER** |
| Defendant. | : | |

The Court has been notified by Plaintiff William J. Modic that this matter has settled, pending completion of the final closing documents and filing of a dismissal.  (*See* Doc. 12.) Accordingly, it is hereby **ORDERED** that **this case is marked SETTLED and DISMISSED WITHOUT PREJUDICE**.  All dates and deadlines are adjourned.

The parties have 60 days from the date of this Order to finalize the terms of the settlement agreement, and, if they wish, to file any settlement materials.  Any filing related to settlement may be made under seal.  After the 60 days, this case will be dismissed with prejudice.  The Court will at all times retain jurisdiction over the settlement.

**IT IS SO ORDERED.**

    s/*John R. Adams*
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE

**DATED**: 5/6/19

1